No. 83–1547. NOVEL v. LOUISIANA EXPOSITION ET AL., 466 U. S. 973;

No. 83–1574. CITY OF PERRYTON, TEXAS v. JACKS ET UX., 466 U. S. 973;

No. 83–1627. SAFIR v. DOLE, SECRETARY OF TRANSPORTATION, ET AL., *ante*, p. 1206;

No. 83–1701. BOSTON v. UNITED STATES, 466 U. S. 974;

No. 83–5785. WILLIAMS v. ILLINOIS, 466 U. S. 981;

No. 83–5808. PORTER v. MCKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, 466 U. S. 984;

No. 83–5855. MOSS v. UNITED STATES, *ante*, p. 1207;

No. 83–6249. MILESKI v. MARYLAND, *ante*, p. 1207;

No. 83–6346. TICHNELL v. MARYLAND; and CALHOUN v. MARYLAND, 466 U. S. 993;

No. 83–6430. HENRY v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 466 U. S. 993;

No. 83–6583. FOSTER v. STRICKLAND, WARDEN, ET AL., 466 U. S. 993; and

No. 83–6604. VENKATESAN v. INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL–CIO, LOCAL UNION 545–D, *ante*, p. 1218. Petitions for rehearing denied.

No. 82–1474. HOOVER ET AL. v. RONWIN ET AL., 466 U. S. 558. Petition for rehearing denied. JUSTICE REHNQUIST and JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 82–6840. JAMES v. KENTUCKY, 466 U. S. 341; and

No. 83–1288. CRIM v. HUNTER, UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA, 465 U. S. 1080. Petitions for rehearing denied. JUSTICE MARSHALL took no part in the consideration or decision of these petitions.

No. 83–5432 (A–1022). BALDWIN v. MAGGIO, WARDEN, LOUISIANA STATE PENITENTIARY, *ante*, p. 1220. Application to suspend the effect of the order denying certiorari, presented to JUSTICE WHITE, and by him referred to the Court, denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant the application. Petition for rehearing denied. JUSTICE BRENNAN would grant rehearing.

No. 83–6296. ROBINSON v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, 466 U. S. 941. Motion for leave to file petition for rehearing denied.